

NUMBER 13-19-00576-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

PATRICIA GONZALEZ GONZALEZ,                                    Appellant,

v.

JAIME RUIZ PEREZ,                                    Appellee.

### On appeal from the 92nd District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Hinojosa**
**Memorandum Opinion by Chief Justice Contreras**

Currently before the Court is an "Agreed Motion to Dismiss Appeal" filed by appellant Patricia Gonzalez Gonzalez. Appellant alleges that the trial court has entered an agreed decree of divorce and she "no longer has the need to appeal" and requests that we dismiss the appeal. Appellant asserts that appellee, Jaime Ruiz Perez, does not oppose the relief requested in her motion to dismiss.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See* Tex. R. App. P. 42.1(a). Accordingly, we reinstate the appeal. The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. There being no agreement in the motion regarding costs, pursuant to Rule 42.1(d) of the Texas Rules of Appellate Procedure, all costs are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Chief Justice

Delivered and filed the
19th day of March, 2020.

2